# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ROGER RUSH, LAWRENCE RUSH AND CLARA CANNON | : | No. 49 WAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| MILLICENT RUSH AND LEORA LYTLE | : | |
| | : | |
| | : | |
| PETITION OF: MILLICENT RUSH AND LEORA LYTLE, BY SUBSTITUTED PARTY, DEBORAH GAIL SMITH | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.